# EXHIBIT A

STATE OF MICHIGAN

OTTAWA COUNTY CIRCUIT COURT

| | |
|---|---|
| REQUEST FOODS, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>v<br><br>PARTNER'S PRODUCE, INC., an Idaho corporation,<br><br>    Defendant. | Case No. 2025-0000008570-CB<br>JUDGE JON A. VAN ALLSBURG<br><br>**THIS CASE IS A BUSINESS OR COMMERCIAL DISPUTE AS DEFINED IN MCL 600.8031 AND MEETS THE STATUTORY REQUIREMENTS TO BE ASSIGNED TO THE BUSINESS COURT**<br><br><u>**COMPLAINT**</u> |

Christopher J. Predko (P56040)
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue, N.W., Suite 1500
Grand Rapids, Michigan 49503
(616) 752-2190
cpredko@wnj.com
Attorneys for Plaintiff Request Foods, Inc.

---

There is no other pending or resolved civil action arising out of the transaction or occurrence alleged in this complaint.

## INTRODUCTION

1. This is a commercial transaction case for recovery of costs and damages incurred as a result of Defendant's breach of an agreement to supply certain goods.

## PARTIES AND JURISDICTION

2. Plaintiff Request Foods, Inc. ("Request") is a Michigan corporation whose principal place of business and headquarters is in Holland, Michigan. Request is primarily a co-

packer of frozen prepared entrées, soups, side dishes, and specialty items. Request prepares national brand and private label products for retail, foodservice, and club store customers.

3. Defendant Parner's Produce, Inc. ("Partner's") is an Idaho corporation whose principal place of business and headquarters is in Payette, Idaho. Partner's is a producer and supplier of onions.

4. The parties agreed by contract that: "Any action based upon or arising out of Request's Order or the Contract shall be brought exclusively in any state or federal court in Kent County or Ottawa County, Michigan."

5. The amount in controversy exceeds $25,000, and this action is otherwise within the Court's jurisdiction.

## GENERAL ALLEGATIONS

6. From February through April 2025, Request purchased from Partner's diced onions and onion strips for use in manufacturing certain finished food products.

7. In April 2025, through its own quality assurance methods and diligence, Request discovered that the onions purchased from Partner's contained small pieces of foreign material. Request notified Partner's of the issue and properly quarantined the onions along with partially complete and finished products containing the onions.

8. After investigation of the issue, in May 2025, Partner's determined that the foreign material in the onions resulted from Partner's' negligence and/or failure in the maintenance, service, and inspection of its processing equipment, which resulted in deterioration of the equipment.

9. As a result of the issue, Request's property (i.e. work-in-process and finished products) was damaged and Request incurred damages totaling not less than $621,456.49.

10. Despite numerous requests by Request, Partner's has refused to reimburse Request for the costs and damages.

## COUNT I

## BREACH OF CONTRACT

11. Request incorporates the allegations in paragraphs 1-10 above.

12. Request and Partner's entered into a contract whereby Request purchased certain goods from Partner's.

13. Partner's breached the contract by providing goods that were not: (A) free from defects, of good material, workmanship and quality, or fit for the purposes that Request intended them; or (B) compliant with applicable laws and regulations.

14. Request has been damaged by Partner's breach in an amount not less than $621,456.49 plus attorney fees and costs as authorized by the parties' contract. (Upon information and belief, Partner's is in possession of the contract documents including Request's Standard Terms of Purchase.)

## COUNT II

## NEGLIGENCE

15. Request incorporates the allegations in paragraphs 1-10 above.

16. Partner's had a duty to maintain, service, and inspect its processing equipment and to supply quality products fit for their intended use.

17. Partner's breached its duties.

18. Request and its property were damaged by Partner's breach of duties.

WHEREFORE, Request respectfully requests that the Court enter judgment against Parner's:

    A. Awarding Request damages in the amount not less than $621,456.49;

    B. Awarding Request costs, attorney fees (as authorized by contract) and all additional relief to which it is entitled.

Dated: November 26, 2025        WARNER NORCROSS & JUDD LLP

By: *(signature)*
Christopher J. Predko (P56040)

Business Address:
WARNER NORCROSS + JUDD LLP
150 Ottawa Avenue, N.W., Suite 1500
Grand Rapids, Michigan 49503
(616) 752-2190
cpredko@wnj.com

Attorneys for Plaintiff Request Foods, Inc.

032887.225130 #33490705-1

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>20th **JUDICIAL DISTRICT**<br>Ottawa **JUDICIAL CIRCUIT**<br>**COUNTY** | | **SUMMONS** | **CASE NUMBER**<br>2025-0000008570-CB<br>JUDGE JON A. VAN ALLSBURG |

**Court address**
414 Washington Avenue, Grand Haven, MI 49417

**Court telephone number**
(616) 846-8320

| Plaintiff's name, address, and telephone number | | Defendant's name, address, and telephone number |
|---|---|---|
| Request Foods, Inc.<br>3460 John F Donnelly Drive<br>Holland, MI 49424<br>(616) 786-0900 | v | Partner's Produce, Inc.<br>2150 NE 21st Avenue<br>Payette, ID 83661<br>(208) 642-1200 |
| Plaintiff's attorney bar number, address, and telephone number<br>Christopher J. Predko (P56040)<br>Warner Norcross + Judd LLP<br>150 Ottawa Ave, NW, Ste 1500<br>Grand Rapids, MI 49503 / (616) 752-2190 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.   **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 11/26/2025 | 2/25/2026 | /s/ Justin F. Roebuck |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01  (3/23)  **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED IN OTTAWA COUNTY 20TH CIRCUIT COURT; 11/26/2025 10:51 AM